1038

[No. 11735-5-II. Division Two. February 13, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MARILYNN
ROSE MALCOM, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 87-1-00339-6, J. Dean Morgan, J., entered
January 15, 1988. *Affirmed* by unpublished opinion per
Draper, J. Pro Tem., concurred in by Petrich, A.C.J., and
Alexander, J.

[No. 24102-8-I. Division One. February 4, 1991.]

*In the Matter of Minor Child S.*

CHRISTINE A. TAXDAHL, *Appellant,* v. ROGER E. TAXDAHL,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80-3-07658-6, Michael J. Fox, J., entered
April 4, 1989. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 10587-3-III. Division Three. February 14, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. BYRON
RENEE LEWIS, *Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 89-1-00148-6, Yancey Reser, J., entered
January 16, 1990. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Thompson and Shields, JJ.